Exhibit 1

1050701201979 9536

| BOARD OF BUILDING AND SAFETY COMMISSIONERS | CITY OF LOS ANGELES | DEPARTMENT OF BUILDING AND SAFETY |
|---|---|---|
| VAN AMBATIELOS PRESIDENT | CALIFORNIA | 201 NORTH FIGUEROA STREET LOS ANGELES, CA 90012 |
| E. FELICIA BRANNON VICE-PRESIDENT |  | FRANK M. BUSH GENERAL MANAGER |
| JOSELYN GEAGA-ROSENTHAL GEORGE HOVAGUIMIAN JAVIER NUNEZ | ERIC GARCETTI MAYOR | OSAMA YOUNAN, P.E. EXECUTIVE OFFICER |

## ORDER TO COMPLY AND NOTICE OF FEE

5110 WASHINGTON LLC C/O WILLIAM HURTT OR ALI KETABCHI
0 PO BOX 1042
STUDIO CITY, CA 91614

CASE #: 850433
ORDER #: A-4969091
EFFECTIVE DATE: April 03, 2019
COMPLIANCE DATE: May 03, 2019

OWNER OF
SITE ADDRESS: 5110 W WASHINGTON BLVD

ASSESSORS PARCEL NO.: 5062-006-028
ZONE: C2; Commercial Zone

An inspection has revealed that the property (Site Address) listed above is in violation of the Los Angeles Municipal Code (L.A.M.C.) sections listed below. You are hereby ordered to correct the violation(s) and contact the inspector listed in the signature block at the end of this document for a compliance inspection by the compliance date listed above.

**FURTHER,** THE CODE VIOLATION INSPECTION FEE (C.V.I.F) OF $ 356.16 ($336 fee plus a six percent Systems Development Surcharge of $20.16) **WILL BE BILLED TO THE PROPERTY OWNER.** The invoice/notice will be sent to the owner as it appears on the last equalized assessment roll. Section 98.0421 L.A.M.C.

**NOTE:** FAILURE TO PAY THE C.V.I.F. WITHIN 30 DAYS OF THE INVOICE DATE OF THE BILL NOTED ABOVE WILL RESULT IN A LATE CHARGE OF TWO (2) TIMES THE C.V.I.F. PLUS A 50 PERCENT COLLECTION FEE FOR A TOTAL OF **$1,176.00.** Any person who fails to pay the fee, late charge and collection fee, shall also pay interest. Interest shall be calculated at the rate of one percent per month.

The inspection has revealed that the property is in violation of the Los Angeles Municipal Code as follows:
**VIOLATION(S):**

1. **The occupancy or use has changed from Board and Care Home to 11-Suites (11-habitable rooms)**

    You are therefore ordered to: Discontinue the unapproved occupancy or use as Suites and/or obtain a Certificate of Occupancy for the change of occupancy or use to Suites.

    Code Section(s) in Violation: 91.8203, 91.103.1, 12.21A.1.(a), 12.03 of the L.A.M.C.

    Location: 5110 W. Washington Blvd

2. **Building plans are required.**

    You are therefore ordered to: Submit all required plans and obtain all required approvals.

    Code Section(s) in Violation: 91.5R106.3.2, 91.5R106.3.3.1, 91.5R103.1, 12.21.A.1(a) of the L.A.M.C.

    Location: 5110 W. Washington Blvd

---

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.



**CODE ENFORCEMENT BUREAU**
For routine City business and non-emergency services: Call 3-1-1
www.ladbs.org

Page 1 of 3

3. **Smoke alarms are missing or disabled.**

   You are therefore ordered to: Replace or repair the smoke alarms in the dwelling units.

   Code Section(s) in Violation: 91.5R314.3, 91.5R314.1, 91.5R314.6, 91.5R103.1, 12.21A.1(a) of the L.A.M.C.

   Location: apartment unit # 4A

4. **Maintenance and repair of existing building.**

   You are therefore ordered to: Maintain the existing building and/or premises in a safe and sanitary condition and good repair.

   Code Section(s) in Violation: 91.8104, 91.103.1, 91.5R103.1, 12.21A.1(a) of the L.A.M.C.

   Location: 5110 W. Washington Blvd

   Comments: All physical elements of every existing bldg or portion thereof (i.e: plumbing, roof fascia, roof, ext stucco, etc.) shall be maintained in good repair condition.

5. **Rubbish, garbage, trash and debris on the premises.**

   You are therefore ordered to: 1) Remove the rubbish, garbage, trash and debris from the premises.
   2) Maintain the premises in a clean and sanitary condition.

   Code Section(s) in Violation: 91.8104, 91.8104.2, 91.103.1, 12.21A.1.(a) of the L.A.M.C.

   Location: Rear yard

6. **An unapproved lock has been installed on an exterior door in dwelling units and exterior exit gates**

   You are therefore ordered to: Provide an approved locking method for the exit door(s) and gates.

   Code Section(s) in Violation: 91.6709.2, 91.103.1, 12.21A.1.(a) of the L.A.M.C.

7. **The building or premises is Substandard due to hazardous electrical wiring.**

   You are therefore ordered to: Obtain required permits and make the electrical wiring comply with all provisions of the L.A.M.C.

   Code Section(s) in Violation: 91.8902.4, 91.8902, 91.103.1, 12.21A.1.(a) of the L.A.M.C.

   Location: 5110 W WASHINGTON BLVD

8. **The garage has been converted to storage without the required permits and approvals.**

   You are therefore ordered to: Discontinue the use as storage and restore the garage to its originally permitted use as a garage.

   Code Section(s) in Violation: 12.21A.1.(a), 12.21A4(a), 12.21A4(m), 91.8902.14, 91.8105, 91.103.1 of the L.A.M.C.

   Location: At west end of bldg facing the alley

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.



**CODE ENFORCEMENT BUREAU**
For routine City business and non-emergency services: Call 3-1-1
www.ladbs.org

**NON-COMPLIANCE FEE WARNING:**

YOU ARE IN VIOLATION OF THE L.A.M.C. IT IS YOUR RESPONSIBILITY TO CORRECT THE VIOLATION(S) AND CONTACT THE INSPECTOR LISTED BELOW TO ARRANGE FOR A COMPLIANCE INSPECTION <u>BEFORE</u> THE NON-COMPLIANCE FEE IS IMPOSED. Failure to correct the violations and arrange for the compliance inspection within 15 days from the Compliance Date, will result in imposition of the fee noted below.

In addition to the C.V.I.F. noted above, a proposed noncompliance fee in the amount of $660.00 may be imposed for failure to comply with the order within 15 days after the compliance date specified in the order or unless an appeal or request for slight modification is filed within 15 days of the compliance date.
If an appeal or request for slight modification is not filed within 15 days of the compliance date or extensions granted therefrom, the determination of the department to impose and collect a non-compliance fee shall be final. Section 98.0411 L.A.M.C.

**NOTE:** FAILURE TO PAY THE NON-COMPLIANCE FEE WITHIN 30 DAYS AFTER THE DATE OF MAILING THE INVOICE, MAY RESULT IN A LATE CHARGE OF TWO (2) TIMES THE NON-COMPLIANCE FEE PLUS A 50 PERCENT COLLECTION FEE FOR A TOTAL OF **$2,310.00**.
Any person who fails to pay the non-compliance fee, late charge and collection fee shall also pay interest. Interest shall be calculated at the rate of one percent per month.

**PENALTY WARNING:**

Any person who violates or causes or permits another person to violate any provision of the Los Angeles Municipal Code (L.A.M.C.) is guilty of a misdemeanor which is punishable by a fine of not more than $1000.00 and/or six (6) months imprisonment for each violation. Section 11.00 (m) L.A.M.C.

**INVESTIGATION FEE REQUIRED:**

Whenever any work has been commenced without authorization by a permit or application for inspection, and which violates provisions of Articles 1 through 8 of Chapter IX of the Los Angeles Municipal Code (L.A.M.C.), and if no order has been issued by the department or a court of law requiring said work to proceed, a special investigation fee which shall be double the amount charged for an application for inspection, license or permit fee, but not less than $400.00, shall be collected on each permit, license or application for inspection. Section 98.0402 (a) L.A.M.C.

**APPEAL PROCEDURES:**

There is an appeal procedure established in this city whereby the Department of Building and Safety and the Board of Building and Safety Commissioners have the authority to hear and determine err or abuse of discretion, or requests for slight modification of the requirements contained in this order when appropriate fees have been paid. Section 98.0403.1 and 98.0403.2 L.A.M.C.

Any questions regarding invoices or how to pay fees should be directed to financial services at (213) 482-6890.
Any questions regarding the order to comply and compliance matters contact the inspector noted below at (213)252-3969. Office hours are 7:00 a.m. to 3:30 p.m. Monday through Thursday.

Inspector: _____  Date: March 19, 2019

MIKE DICKSON
221 N. FIGUEROA ST. SUITE 1100
LOS ANGELES, CA 90012
(213)252-3969
Mike.Dickson@lacity.org

REVIEWED BY

The undersigned mailed this notice by regular mail, postage prepaid, to the addressee on this day,

**MAR 22 2019**

To the address as shown on the last equalized assessment roll.
Initialed by _____

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.



**CODE ENFORCEMENT BUREAU**
For routine City business and non-emergency services: Call 3-1-1
www.ladbs.org